

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                312-435-5670
**Clerk**

## Transfer of Criminal Case

Date:  April 2, 2019

Address:  USDC Southern District of West Virginia
300 Virginia St E Ste 2400, Charleston, WV 25301

Case Title:   USA v. Shah

Northern District of Illinois Case No.:  12 CR 629   Other Court's Case No.:  5:12CR172

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                               ☐ In    ☐ Out

☐ Order.
☐ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☒ In    ☐ Out

☒ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.

Revised 10/03/16

☒ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**    ☐ **F.R.Cr.P. 21**                    ☐ In    ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                                                              Sincerely,
                                                              Thomas G. Bruton, Clerk of Court

                                                              By: /s/M. Astell
                                                                    Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                                               Clerk, U.S. District Court
Date:                                                          By:
                                                                Deputy Clerk

Case 5:12-cr-00172    Document 216-1    Filed 04/02/19    Page 3 of 3 PageID #: 1021